Roger Tedi Edwards
(Name)

Kern Valley State Prison
(Address)
P.O. Box 5104
Delano, CA 93216
(City, State, Zip)

BZ1566
(CDCR / Booking / BOP No.)

# United States District Court
## Southern District of California

FILED
Dec 29 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ danielmartinez   DEPUTY

Roger Tedi Edwards,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Chula Vista Police Department,
_____,
_____,
_____,
(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. **'25CV3825 AJB DDL**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____.

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Roger Tedi Edwards
(print Plaintiff's name)
_____, who presently resides at Kern Valley State Prison
(mailing address or place of confinement)
P.O. Box 5104 Delano, CA 93216_____, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at 2330 Palomich Ct.
SBDF and SD Central Jail on (dates) Dec 31, 23 , _____, and _____.
(institution/place where violation occurred)      (Count 1)        (Count 2)     (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Lowell Moreno</u> resides in _____,
              (name)                                  (County of residence)
and is employed as a <u>Chula Vista Police Officer</u>. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>Was responding officer for call involving Burglary at Enagic Golf Club in vehicle P-18, found Edwards sleeping down street 1 hr later, interviewed witness Jorge Peneda.</u>

Defendant <u>Michael Menn</u> resides in _____,
              (name)                                  (County of residence)
and is employed as a <u>Chula Vista PD Detective</u>. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>Was driver of vehicle P-18, wrote report #23D55932 where he conceeds to allowing officer w/ National City PD unlawfully obtain Edwards' fingerprint and hold in WRAP Device excessively.</u>

Defendant _____ resides in _____,
              (name)                                  (County of residence)
and is employed as a _____. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

_____

Defendant _____ resides in _____,
              (name)                                  (County of residence)
and is employed as a _____. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

_____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Freedom From Cruel & Unusual Punishment
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

During arrest on December 31st, 2023 officers Michael Menna and Lowell Moreno put me in a WRAP Device and locked me in the back of their vehicle for an excessive amount of time. This began at 2330 Palomica Court in Chula Vista, continued at South Bay Detention Facility, then at San Diego Central Jail. Multiple excessive force incidents happened for a total of 9 hours at all of the named locations inside of CVC P-18. While held in WRAP device these officers kept playing with buttons tightening and loosening equipment to intentionally cause discomfort essentially torturing me. On 3 different occasions CVPD took me out of the vehicle while still in WRAP device, placed me on a stretcher, strapped me down and rolled me into the jail, then back to the vehicle.

Menna conceeds to some of this in report #23055932 but falsifies other information such as how long Edwards was held in device and additionally slanders Edwards. There's additionally video footage showing this cruel & unusual punishment and excessive force but officers failed to later complete mandatory "Use of Force" reports.

Use of WRAP restraint devices are additionally questionable especially with length of time officers hold people in them as there have been numerous incidents causing serious injury and/or death which is findable in articles with The San Diego Union Tribune.

The entire time Edwards was subject to this cruel & unusual punishment he requested water which was refused

§ 1983 SD Form
(Rev. 8/15)

3

Count 2: The following civil right has been violated: <u>The Right to be secure in my persons (4th Amendment)</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Officers Menna and Moreno allowed a random National City Police officer to scan Edwards' finger w/ portable print scanner at The South Bay Detention Facility in Chula Vista as conceeded in report #23055932 by Michael Menna. This NCPD fingerprint scanner was not authorized for CVPD to use and they carelessly allowed this officer who wasn't even employed with their department obtain Edwards' personal information. Edwards' arrest never took place in the jurisdiction of National City, NCPD wasn't called and there was no reason CVPD should have ever involved this outside agency or allow them to access Edwards' identity.

Count 3: The following civil right has been violated: <u>The Right To A Fair and Impartial Trial / Interfering With Due Process</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Michael Menna stated false information in report #23055932 that Enagic Golf Club has no cameras. By doing so CVPD interfered with the investigation for case # CS329307 by creating an unfair bias withholding exculpatory evidence proving innocence of Edwards'. The Office of The Public Defender later went to the property and took pictures of cameras CVPD claimed didn't exist months later.

No video footage was ever recovered but Edwards was wrongly convicted of Burglary and Robbery from hearsay and inconsistent statements of one person (Jorge Pereda).

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.]? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

Have made complaints to Civil Rights Organizations such as ACLU of San Diego and The United States Department of Justice Chief Special Litigation Section / Civil Rights Division in Washington D.C. who additionally was forwarded information by The U.S. Commission on Civil Rights who said in writing enclosed DOJ is the appropriate party to handle various complaints.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from involving outside agencies for calls or distributing personal information of individuals in a malicious manner and keeping people locked in back of their vehicles while in WRAP device for excessive period of time.

2. Damages in the sum of $ 1,500,000 . (1.5 million)

3. Punitive damages in the sum of $ 300,000 . (Approximate loss of income)

4. Other: Officers should be disciplined for lying in report #23055932 to interfere w/ investigation and misusing personal info distributing to outside agency.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☑ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

December 14th, 2025
Date

_____
Signature of Plaintiff

*Return Address*
**Kern Valley State Prison**
Name: Roger Tedi Edwards  CDCR#: BZ1566
Facility: C   Bldg.: 4   Cell: 221
P.O. Box: 5104
Delano, CA 93216
Inmate Indigent Mail



U.S. District Court Office of Clerk
333 W. Broadway Suite #420
San Diego, CA 92101



RECEIVED
DEC 29 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

\*Details on Case#S290533\*

**UNAUTHORIZED ITEMS**
- No mail over 13 ounces in weight. No padded/cushioned envelopes
- No musical or homemade greeting cards (No 3-D Cards)
- No receipts/birth certificates/marriage license/food/clothing/etc.
- No Cash/travelers checks/foreign currency
- No ID Cards/Business Cards/Credit Cards/Phone Cards/etc.
- No gang signs or gang related material
- No Polaroid's/slides/negatives/photo albums
- No items depicting drugs/nudity/sexually explicit material
- No tattoo patterns/trading paper/card stock/cardboard
- No jewelry/glitter/stickers/labels/lipstick/perfume/etc.
- No 3rd party mail. No pens or pencils.

**AUTHORIZED ITEMS**
- Greeting cards - limit 10 w/attached plain white envelope
- 40 postage stamps, 40 envelopes (no hand stamped or metered envelopes)
- 300 sheets of white or yellow lined paper (not cotton paper or color paper)
- 15 photographs (ASU - limit 5) no altered photos
- Checks/Money Orders with I/M Name and CDCR#
- Calendars - not to exceed 12 x 12 unopened
- Manila envelopes - limit 10 (clasp removed)

Legal Mail

List is provided as a courtesy and does not reflect all restrictions or policies.